# CRIMINAL MINUTES/ORDER
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>TYRONE GRANT,<br><br>Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
| | DATE: JULY 20, 2005 |
| | CASES NUMBER:4:05CR17 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

Sentencing scheduled July 27, 2005 is continued to August 15, 2005 at 11:30 a.m. due to the court's schedule.

JUDGE PATRICIA  A. GAUGHAN