# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGE PATRICIA A. GAUGHAN |
| | DATE.:     8/15/05 |
| | CASE NO.:  4:05CR17-001 |
| vs. | COURT REPORTER: Cynthia Lee |
| TYRONE GRANT | |

United States Attorney:   Kelly Galvin
Attorney for Defendant:   Regis McGann          Retained ( )   CJA ( )   FD ( )
Probation Officer:        Lisa Surman for Eric Sampson
Interpreter:

( ) **DEFENDANT ARRAIGNED.**
    Plea of  ( ) GUILTY   ( ) NOT GUILTY   ( ) NOLO CONTENDERE entered to count(s) _____ of the
    ( ) INDICTMENT ( ) INFORMATION.

    Bond $_____ ( ) SET; ( ) CONTINUED; ( ) COMMITTED; ( ) DETAINED
    ( ) Defendant waives reading of indictment.
    ( ) Waiver of indictment executed.
    ( ) Pretrial set for _____.

( ) **DEFENDANT'S PLEA OF NOT GUILTY WITHDRAWN.**
    Plea of ( ) GUILTY ( ) NOLO CONTENDERE entered to count(s) _____ of the ( )INDICTMENT
     ( ) INFORMATION.
    ( ) Referred to Probation for Presentence Report.
    ( ) Plea agreement executed between parties.
    ( ) Sentencing set for _____.

(X) **DEFENDANT SENTENCED.**
    (X) Committed to the custody of the Bureau of Prisons for a period of <u>51 months</u> on counts 1 & 3 to run
        **CONCURRENT** and <u>7 years</u> on count 2 to run **CONSECUTIVE** to counts 1 & 3.
    ( ) Defendant given credit for time served since _____.
    (X) Period of ___3_____ years of SUPERVISED RELEASE with standard/special conditions as ordered.
        (See reverse side)
    ( ) Period of _____ years of PROBATION with standard/special conditions as ordered.  (See reverse
        side)
    (X) Pursuant to 18:3013 USC, Defendant is to pay a SPECIAL ASSESSMENT of $ <u>100.00</u>   as to each
        of count(s) 1 & 5  for a total of $ <u>  300.00       </u>.
    ( ) Upon motion of the AUSA, count(s) _____ are dismissed.
    ( ) Execution of the sentence deferred and the bond continued until _____ on which date the
        defendant shall report to the Office of the U.S. Marshal or the designated institution prior to 12:00
        noon.
    ( ) The Court recommends commitment at the FCI at _____.

**STANDARD/SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION**

( ) Defendant to perform _____ hours of community service work.
( ) Defendant is to reside in a Community Treatment Center for a period of _____ days/months to begin not later than _____. (Work/Medical release privileges granted).
( ) Defendant shall participate in the Home Confinement Program with/without electronic monitoring for a period of _____ days/months, beginning _____. Defendant will be required to remain in his/her place of residence, unless given written permission in advance by the Probation Officer to be elsewhere. (Work/Medical release privileges granted).
( ) Defendant may participate in the Earned Leave Program.
( ) Defendant shall pay the cost of the Home Confinement Program.
( ) Defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.
(X) Defendant shall submit to one drug test within 15 days of the commencement of supervised release and to at least two periodic drug tests thereafter as directed by the probation officer.
( ) Defendant shall participate in an outpatient mental health treatment program as directed by the Probation Officer.
( ) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer (unless the defendant is in compliance with the payment schedule).
( ) Defendant shall provide the Probation Office access to any requested financial information.
(X) Defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released, within 72 hours of release from the custody of the Bureau of Prisons.
( ) Defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release/probation.
(X) Defendant shall not possess a firearm or destructive device.
(X) Defendant shall submit to a warrantless search.
(X) Defendant shall cooperate with the collection of DNA.
( ) Defendant shall pay the imposed FINE of $_____ at a rate not less than $_____ every _____ months.
(X) Fine NOT ordered due to defendant's inability to pay.
(X) Defendant shall make RESTITUTION to **Matthew McBride** in the amount of **$20.00** pursuant to 18:3579/18:3663.
( ) Payments shall be made through the BOP's Inmate Financial Responsibility Program. Any unpaid amount upon release from prison, shall be made at a minimum rate of not less than _____**%** gross monthly income.
**OR**
( ) Payments shall be made at a minimum rate of not less than _____**%** gross monthly income.

**COMMENTS**: The Court appoints the Federal Public Defender's Office for purpose of appeal.

Time: 30 mins.                         /s/ Patricia A. Gaughan
                                        Patricia A. Gaughan, U.S. District Judge